UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| REUBEN STARNES, SR., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.: 4:16-CV-22-CLC-CHS |
| | ) | Judge Curtis L. Collier |
| BEDFORD COUNTY/JAIL/SHERIFF DEPARTMENT, | ) ) | |
| | ) | |
| *Defendants*. | ) | |

## **M E M O R A N D U M**

This is a *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. On March 29, 2016, the Court entered an order extending to Plaintiff the opportunity to amend his complaint by correcting deficiencies in his medical claims, which the Court had pointed out to him. [Doc. 6 p.8.] Plaintiff was allowed twenty-one (21) days in which to amend his pleading and was forewarned that his failure to amend in a timely manner would result in the dismissal of his case for failure to state a claim. [*Id.*]

More than six months have passed since entry of that order, and Plaintiff has failed to amend his complaint or otherwise respond to the order. Therefore, this case will be **DISMISSED** for Plaintiff's failure to state a claim entitling him to relief under § 1983. *See* 28 U.S.C. § 1915(e)(2) and § 1915A.

**AN APPROPRIATE ORDER WILL ENTER**.

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**